# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| TAMARIN LINDENBERG, Individually and as Natural Guardian of her minor child S.M.L., and ZACHARY THOMAS LINDENBERG, | ) ) ) ) ) | |
| Plaintiffs, | ) | No. 2:13-cv-02657-JPM-cgc |
| v. | ) ) | |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed August 23, 2013; the issues having been tried and the jury having rendered a verdict in favor of Plaintiffs in the amount of $350,000 in actual damages, $87,500 in bad faith damages, and $3,000,000 in punitive damages on December 22, 2014 (ECF Nos. 151-52); and the Tennessee Supreme Court having denied certification of two questions regarding the constitutionality of the Tennessee punitive damages caps by Order docketed in this cause on June 27, 2016 (ECF No. 200),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict for Plaintiffs (ECF No. 151) and the Court's Order on Defendant's Motion for Judgment as a Matter of Law as to Punitive Damages (ECF No. 210), Judgment is entered against Defendant, Jackson National Life Insurance Company and in favor of Plaintiffs Tamarin Lindenberg, Individually and as Natural Guardian of her minor child S.M.L., and Zachary Thomas Lindenberg, for actual damages in the amount of $350,000;[1] bad faith damages in the amount of $87,500; and punitive damages in the amount of $700,000; for a total amount of $1,137,500.[2]

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

---

[1] On May 19, 2014, the Court ordered Defendant to disburse life insurance policy benefits to Plaintiff Tamarin Lindenberg in the amount of $350,000. (ECF No. 32 at 17.) Defendant complied with the Order and disbursed payment to Ms. Lindenberg on the same day. (ECF No. 84-1 at PageID 560.) Therefore, that portion of the Judgment is satisfied.

[2] The remaining balance on the Judgment is $787,500.

<u>September 28, 2016</u>
Date